# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TAX RETURNS AND RETURN INFORMATION | *<br>*<br>* MJ NO. _____ |
| GRAND JURY INVESTIGATION | *<br>* FILED *EX PARTE* AND<br>* UNDER SEAL |

## APPLICATION FOR *EX PARTE* ORDER FOR INTERNAL REVENUE SERVICE TO DISCLOSE RETURNS AND RETURN INFORMATION

COMES NOW the United States of America, by and through its attorney, Richard W. Moore, United States Attorney for the Southern District of Alabama, George F. May, Assistant United States Attorney for the Southern District of Alabama and pursuant to 26 U.S.C. § 6103(i)(1) applies to the Court for an *ex parte* order directing the Internal Revenue Service (IRS) to disclose to the undersigned applicant and Department of Homeland Security, Homeland Security Investigations (HSI), Special Agent (SA) Daniel E. Evans, tax returns, return information, and other tax financial information regarding the following individual for the taxable periods of **2016** through **2018**.

**Name:** Darrell Eugene Johnson
**Date of Birth:**
**Social Security No.:**
**Last known address:** Theodore, Alabama

### Introduction and Factual Bases

Reasonable cause for disclosure of information related to the above individual is based upon an ongoing criminal drug investigation by HSI and other agencies of Darrell Eugene Johnson. On about May 16, 2017, a local drug task force used a confidential informant who saw methamphetamine in Johnson's home. The officers obtained a search warrant for the home and

1

recovered multiple bags totaling almost an ounce of methamphetamine in the living room and bedroom of the home. Johnson admitted the methamphetamine belonged to him. On March 10, 2017, Johnson was stopped in Montgomery, Alabama heading north on Interstate 65. Johnson had a small amount of methamphetamine in his vehicle but also had approximately $8,000 in US currency in the vehicle. The female passenger in Johnson's vehicle stated Johnson was headed to the Atlanta area and that she had made trips to Atlanta with him in the past. It is believed that Johnson was headed to the Atlanta area, a known source location for methamphetamine, to purchase methamphetamine. Johnson came up with a bogus story about the currency and his travel plans, saying he was going to visit a sick relative. Johnson later told a law enforcement officer "maybe not" when asked about going to visit the sick relative. Johnson consented to a search of his cell phone and officers indicate he had text messages on his telephone related to methamphetamine trafficking.

## Conclusion

There is reasonable cause to believe, based upon information gathered during an ongoing law enforcement investigation by the HSI, and other agencies, that Johnson has violated 21 U.S.C. §§ 846 and 841(a)(1), conspiracy to distribute and the distribution of controlled substances.

There is reasonable cause to believe that the above-described returns and return information may be relevant to a matter relating to the possible violations of said criminal statutes. The tax information may assist agents in learning the source and location of criminal proceeds, the names of potential co-conspirators, and if taxable income is being reported or being fraudulently reported. The tax information is also expected to show no legitimate source of

2

income for Johnson, thus corroborating the investigation showing he earns his income through drug distribution and showing the US currency in his possession was drug proceeds. The returns and return information are sought exclusively for use in a federal criminal investigation or proceeding concerning such act. The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

### Requested Records

The United States also requests the Court to order the Internal Revenue Service to certify, where returns and return information described above have not been filed or are not on file with the Internal Revenue Service, that no such returns and return information have been filed or are on file.

The United States also requests the Court to order the Internal Revenue Service to also provide any and all income information and records for the above subject, independent of whether or not a return was filed, for each year up to and including income information the Internal Revenue Service has on file for the current year. As such, the United States requests a certification from the Internal Revenue Service of the income information it has for each year regarding the subject, independent from the tax return information.

The United States also respectfully requests the Court to order the Internal Revenue Service to disclose such returns and return information described above as come into the possession of the Internal Revenue Service subsequent to the date of this Order, but for not longer than 90 (ninety) days thereafter.

The applicant further alleges and states that he and HSI SA Danny Evans are personally and directly engaged in investigating this case. The information sought herein is solely for that

3

purpose. No disclosure will be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. § 301.6103(i)-(1). The application is authorized by Steve Butler, Acting United States Attorney for the Southern District of Alabama.

The applicant further states that the subject of this Application is the subject of a pending investigation in this District. Publication of the Application and Order would compromise that investigation, and the failure to seal the Application and Order would result in the public disclosure of confidential information relating to the identified taxpayer.

Therefore, the undersigned applicant prays that this Court enter an order, *ex parte* and under seal, on this application granting disclosure by the Internal Revenue Service of the returns and return information specified in this application. The applicant further requests that this application, and any order resulting therefrom, be sealed pending further order of the Court.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

By: _____
George B. May
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

4

## AUTHORIZATION FOR EX PARTE APPLICATION

The undersigned, being the United States Attorney for the Southern District of Alabama, pursuant to Title 26, United States Code, Section 6103(i)(1), hereby authorizes the foregoing Application for Ex Parte Order for Disclosure of Tax Returns and Return Information.

Dated: March 26, 2019

United States Attorney

5